# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYE THERESA ZAMMIT,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS, et al.,<br><br>　　　Defendant(s). | Case No. 2:21-cv-00738-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| TANYA RENEE ROBERSON,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>FRANK GIUNTA,<br><br>　　　Defendant(s). | Case No. 2:21-cv-00740-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| AARON JOHN DEVRIES, et al.,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>JASON MIKKELSEN,<br><br>　　　Defendant(s). | Case No. 2:21-cv-00741-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ALESA LYN HART,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>DAVID SIMON, et al.,<br><br>　　　Defendant(s). | Case No. 2:21-cv-00742-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| BAHAELDEEN JACKNOON,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>FLORENCE J. ARM,<br><br>　　　Defendant(s). | Case No. 2:21-cv-00743-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

1

| ALESA LYN HART, | Case No. 2:21-cv-00744-JAD-NJK |
|---|---|
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| PELICAN PLAZA MANAGEMENT COMPANY, LLC, et al., | |
| Defendant(s). | |
| BARBARA J. STRUTHERS, | Case No. 2:21-cv-00745-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| MORTON SCHAPIRO, et al., | |
| Defendant(s). | |
| ALESA LYN HART, | Case No. 2:21-cv-00746-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| NATHAN BENDERSON, | |
| Defendant(s). | |
| BECKY BARNES-BOERS, | Case No. 2:21-cv-00747-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| FIRST STREET SCHOOL, et al., | |
| Defendant(s). | |
| ALESA LYNN HART, | Case No. 2:21-cv-00748-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| STEPHEN F. LOVELL, | |
| Defendant(s). | |

2

| | |
|---|---|
| BETTY J. BENNING,<br><br>    Plaintiff(s),<br><br>v.<br><br>GARY C. MOHR, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00749-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ELEANOR CLAIRE D'AMICO,<br><br>    Plaintiff(s),<br><br>v.<br><br>RITE AID STORE #10640, MANAGER, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00751-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ALESA LYN HART,<br><br>    Plaintiff(s),<br><br>v.<br><br>ARNE SORENSON, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00752-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ELEANOR CLAIRE D'AMICO,<br><br>    Plaintiff(s),<br><br>v.<br><br>MACY'S GENERAL MANAGER, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00753-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| TENNILLE IRENE HOUSTON,<br><br>    Plaintiff(s),<br><br>v.<br><br>BRIAN BEAN, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00754-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

| | |
|---|---|
| AMORINE LEWIS,<br><br>    Plaintiff(s),<br><br>v.<br><br>ROSSMORE PARK HOA PRESIDENT, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00755-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ELEANOR CLARE D'AMICO,<br><br>    Plaintiff(s),<br><br>v.<br><br>U.S. POST OFFICE, MANAGER, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00756-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| TERESA ANN MCCONNELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>TERESA PARKHURST,<br><br>    Defendant(s). | Case No. 2:21-cv-00757-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ELEANOR CLAIRE D'AMICO,<br><br>    Plaintiff(s),<br><br>v.<br><br>BED, BATH & BEYOND, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00758-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| TERRI JAYNE READ,<br><br>    Plaintiff(s),<br><br>v.<br><br>HOLIDAY INN CLUB VACATIONS, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00759-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

4

| ELEANOR CLAIRE D'AMICO, | Case No. 2:21-cv-00760-JAD-NJK |
|---|---|
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| HUNTINGTON HOSPITAL, et al., | |
| Defendant(s). | |
| AMY DEANNA HOOD, | Case No. 2:21-cv-00761-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| JOHN C. MALONE, et al., | |
| Defendant(s). | |
| ELEANOR CLARE D'AMICO, | Case No. 2:21-cv-00762-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| WALT WHITMAN SHOPS, et al., | |
| Defendant(s). | |
| THOMAS K. BEADLING, | Case No. 2:21-cv-00763-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| JENNIFER CUTHBERT, et al., | |
| Defendant(s). | |
| ANDY SEEMAN, | Case No. 2:21-cv-00764-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| MATTHEW JOBLON, et al., | |
| Defendant(s). | |

5

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>    Plaintiff(s),<br><br>v.<br><br>COSTCO WHOLESALE, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00766-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ELEANOR CLAIRE D'AMICO,<br><br>    Plaintiff(s),<br><br>v.<br><br>THE HOME DEPOT, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00767-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ELEANOR CLAIRE D'AMICO,<br><br>    Plaintiff(s),<br><br>v.<br><br>STOP & SHOP, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00769-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ELEANOR CLAIRE D'AMICO,<br><br>    Plaintiff(s),<br><br>v.<br><br>STAPLES, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00771-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| T.R.J., et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>MR. ANDREY KRUGLYKIN, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00772-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

6

| ANNE ELIZABETH FERRANTE,<br><br>    Plaintiff(s),<br><br>v.<br><br>SC INVESTMENTS LAS VEGAS INC., et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00774-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| --- | --- |
| C.C.H., et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>DELLCOR MANAGEMENT, INC.,<br><br>    Defendant(s). | Case No. 2:21-cv-00775-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| JENNIFER C. MUELLER,<br><br>    Plaintiff(s),<br><br>v.<br><br>TERRY MANUEL, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00776-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ANTHONY JOHN AMORELLO,<br><br>    Plaintiff(s),<br><br>v.<br><br>DOUGLAS A. KESSLER, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00777-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| TRICHELE REESE,<br><br>    Plaintiff(s),<br><br>v.<br><br>TISHMAN SPEYER PROPERTIES, LP, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00778-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

| | |
|---|---|
| JOHN DONALD MESZAROS, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> INTERVAL INTERNATIONAL, INC., et al., <br><br> Defendant(s). | Case No. 2:21-cv-00779-JAD-NJK <br><br> **Final Judgment in a Civil Case** |
| VALERIE BATCHELOR, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CHRISTOPHER J. NASSETTA, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00780-JAD-NJK <br><br> **Final Judgment in a Civil Case** |
| CAROL A. WILLIAMS, <br><br> Plaintiff(s), <br><br> v. <br><br> EXTENDED STAY OF AMERICA ATLANTA MANAGER, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00781-JAD-NJK <br><br> **Final Judgment in a Civil Case** |
| JOHN SMITH WILLIAMS, <br><br> Plaintiff(s), <br><br> v. <br><br> MICHAEL W. BRYANT, <br><br> Defendant(s). | Case No. 2:21-cv-00782-JAD-NJK <br><br> **Final Judgment in a Civil Case** |
| WILLIAM FREDERICK SAAR, <br><br> Plaintiff(s), <br><br> v. <br><br> STEVEN B. TANGER, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00783-JAD-NJK <br><br> **Final Judgment in a Civil Case** |

| | |
|---|---|
| JUDY KAY KATZ, | Case No. 2:21-cv-00784-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| MOLINE POST OFFICE POSTMASTER, et al., | |
| Defendant(s). | |
| JULIE SIKORSKY, | Case No. 2:21-cv-00785-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| DAVID JEFFREY, et al., | |
| Defendant(s). | |
| JASON CLARK, | Case No. 2:21-cv-00786-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| MOTORWORLD AUTOMOTIVE GROUP, INC., et al., | |
| Defendant(s). | |
| JAMES MARTIN WOLF, | Case No. 2:21-cv-00789-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| RICHARD SOLOMONS, et al., | |
| Defendant(s). | |
| JAN SNELL HOUSTON, | Case No. 2:21-cv-00790-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| WALMART SUPERCENTER MANAGER, et al., | |
| Defendant(s). | |

9

| JAN SNELL HOUSTON, | Case No. 2:21-cv-00791-JAD-NJK |
|---|---|
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| DEKALB REGIONAL MEDICAL CENTER, et al., | |
| Defendant(s). | |
| JANET J. MCALISTER, | Case No. 2:21-cv-00792-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| JACK MILLER, et al., | |
| Defendant(s). | |
| JANETTE PIRIE, | Case No. 2:21-cv-00793-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| DRD HOSPITALITY, INC., et al., | |
| Defendant(s). | |
| JASON CLARK, | Case No. 2:21-cv-00794-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| JOHN LILLY, M.D., et al., | |
| Defendant(s). | |
| JASON CLARK, | Case No. 2:21-cv-00795-JAD-NJK |
| Plaintiff(s), | **Final Judgment in a Civil Case** |
| v. | |
| PAUL J. WITT, | |
| Defendant(s). | |

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>KETEWOMOKE YACHT CLUB,<br><br>      Defendant(s). | Case No. 2:21-cv-00797-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ELEANOR CLAIRE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>TOWN OF HUNTINGTON, NY, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00798-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ELEANOR CLARE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>KMART STORE #9381 MANAGER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00800-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| HEATHER RENEE NANCE,<br><br>      Plaintiff(s),<br><br>v.<br><br>DAVE KING, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00801-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| HEATHER RENEE NANCE,<br><br>      Plaintiff(s),<br><br>v.<br><br>STEPHEN P. JOYCE, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00802-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

| | |
|---|---|
| DEBRA L. HUGHSON,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>DAVID KONG, et al.,<br><br>　　　Defendant(s). | Case No. 2:21-cv-00803-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| DENNIS J. TROCCIOLA,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>PRC GROUP, et al.,<br><br>　　　Defendant(s). | Case No. 2:21-cv-00804-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| DIANE QUACKENBUSH,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>JOEY DECUFFA, et al.,<br><br>　　　Defendant(s). | Case No. 2:21-cv-00805-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| DOMINIC L. MAZZONE, JR.,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>JANET MOLLEN, et al.,<br><br>　　　Defendant(s). | Case No. 2:21-cv-00806-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ELEANOR CLAIRE D'AMICO,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>KING KULLEN GENERAL MANAGER, et al.,<br><br>　　　Defendant(s). | Case No. 2:21-cv-00807-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

12

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>        Plaintiff(s),<br><br>v.<br><br>PRIME RESTAURANT MANAGER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00808-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| COREY ADAM HANSON,<br><br>        Plaintiff(s),<br><br>v.<br><br>MICHAEL BRINDSI, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00809-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| CHRISTINA EARHEART,<br><br>        Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS,<br><br>        Defendant(s). | Case No. 2:21-cv-00810-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| GARTH A. LEONARD,<br><br>        Plaintiff(s),<br><br>v.<br><br>U.S. POSTAL SERVICES POSTMASTER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00811-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| CYNTHIA GATES,<br><br>        Plaintiff(s),<br><br>v.<br><br>WAYNE B. GOLDBERG, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00812-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

13

| | |
|---|---|
| GINA B. WILLIAMS,<br><br>        Plaintiff(s),<br><br>v.<br><br>ALEX C. CABANAS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00813-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| CYNTHIA GATES,<br><br>        Plaintiff(s),<br><br>v.<br><br>CARNIVAL CORPORATION & PLC, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00814-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| DALE AUSTIN STOPP,<br><br>        Plaintiff(s),<br><br>v.<br><br>ANDY FOLEY,<br><br>        Defendant(s). | Case No. 2:21-cv-00815-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| DAVID ALAN FIELDSEND,<br><br>        Plaintiff(s),<br><br>v.<br><br>LA QUINTA HOLDINGS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00816-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| DAVID J. WHITE,<br><br>        Plaintiff(s),<br><br>v.<br><br>MICHEL T. REYNOLDS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00817-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

14

| | |
|---|---|
| DAVID HIGGINBOTHAM,<br><br>      Plaintiff(s),<br><br>v.<br><br>FEDEX CORPORATION, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00818-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| DAVID HIGGINBOTHAM,<br><br>      Plaintiff(s),<br><br>v.<br><br>CAROL Z. GARRISON, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00819-JAD-NJK<br>**Final Judgment in a Civil Case** |
| DAVID HIGGINBOTHAM,<br><br>      Plaintiff(s),<br><br>v.<br><br>BIRMINGHAM CITY HALL, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00820-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| KATHERINE MARY TROTTIER,<br><br>      Plaintiff(s),<br><br>v.<br><br>DAVID J.G. BLACKMORE, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00821-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| KATHERINE MARY TROTTIER,<br><br>      Plaintiff(s),<br><br>v.<br><br>STEVE EASTERBROOK, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00823-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

15

| KELLY-ANN LARSON, Plaintiff(s), v. TRIPLE FIVE GROUP GHERMEZIAN BROTHERS, Defendant(s). | Case No. 2:21-cv-00824-JAD-NJK **Final Judgment in a Civil Case** |
| KENNETH M. MERONEY, Plaintiff(s), v. CHRISTOPHER J. NASSETTA, et al., Defendant(s). | Case No. 2:21-cv-00825-JAD-NJK **Final Judgment in a Civil Case** |
| KENNETH MERONY, Plaintiff(s), v. CHRISTOPHER J. NASSETTA, et al., Defendant(s). | Case No. 2:21-cv-00826-JAD-NJK **Final Judgment in a Civil Case** |
| KRISTEN RICHMOND, Plaintiff(s), v. VALLEY VIEW ELEMENTARY SCHOOL, Defendant(s). | Case No. 2:21-cv-00827-JAD-NJK **Final Judgment in a Civil Case** |
| LAURA BARTEL, Plaintiff(s), v. CHOICE HOTELS INTERNATIONAL, INC., et al., Defendant(s). | Case No. 2:21-cv-00828-JAD-NJK **Final Judgment in a Civil Case** |

16

| | |
|---|---|
| LAURA BARTEL,<br><br>    Plaintiff(s),<br><br>v.<br><br>BEST WESTERN CORPORATE OFFICE AND HEADQUARTERS, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00829-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| LAURA BARTEL,<br><br>    Plaintiff(s),<br><br>v.<br><br>WYNDHAM WORLDWIDE CORPORATION, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00830-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| LAURA BARTEL,<br><br>    Plaintiff(s),<br><br>v.<br><br>LA QUINTA HOLDINGS, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00832-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| LAURA BETA GRABER,<br><br>    Plaintiff(s),<br><br>v.<br><br>U.S. POSTAL SERVICES, POSTMASTER GENERAL, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00833-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| LAURA XIRENA GONZALEZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>DANNY GUTIERREZ, SR., et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00834-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

17

| | |
|---|---|
| LAURALEE TYLER,<br><br>     Plaintiff(s),<br><br>v.<br><br>BEAR MOUNTAIN STATE PARK, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00836-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| LINDA SUE WITTUM,<br><br>     Plaintiff(s),<br><br>v.<br><br>TRAVIS JANTZEN, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00838-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| LINK J. CHANEY,<br><br>     Plaintiff(s),<br><br>v.<br><br>JIMMY HENSON,<br><br>     Defendant(s). | Case No. 2:21-cv-00840-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| LUCRECIA PEREZ,<br><br>     Plaintiff(s),<br><br>v.<br><br>STUART D. GOLDSTEIN, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00841-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| MARK ALLAN UNTERSCHER,<br><br>     Plaintiff(s),<br><br>v.<br><br>STEPHEN P. HOLMES, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00842-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

18

| | |
|---|---|
| MARK ALLAN UNTERSEHER,<br><br>        Plaintiff(s),<br><br>v.<br><br>HOLIDAY INN CLUB VACATIONS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00845-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| MARLA DEWALT SUMMEY,<br><br>        Plaintiff(s),<br><br>v.<br><br>ST. PAUL'S EPISCOPAL SCHOOL BOARD CHAIRMAN AND SCHOOL RECTOR, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00846-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| MARLA DEWALT SUMMEY,<br><br>        Plaintiff(s),<br><br>v.<br><br>TAMMY WEBB, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00847-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| MARY BETH ENGLUND,<br><br>        Plaintiff(s),<br><br>v.<br><br>KARYN HUEMOELLER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00849-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| PATRICK CHARLES PARKER,<br><br>        Plaintiff(s),<br><br>v.<br><br>JOHN ADAMS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00850-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

19

| | |
|---|---|
| PAUL ALLEN TAYLOR,<br><br>        Plaintiff(s),<br><br>v.<br><br>GENE IMEL, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00851-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| MARYANNE CHRISTINA PIENTA,<br><br>        Plaintiff(s),<br><br>v.<br><br>ANTHONY CLARK, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00852-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| PAUL JAMES CAPASSO,<br><br>        Plaintiff(s),<br><br>v.<br><br>CHRIS ROUSSOS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00853-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| PAULINE VICTORIA AUGHE,<br><br>        Plaintiff(s),<br><br>v.<br><br>ALBERT JEYTE, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00854-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| RICK SCHUSSLER,<br><br>        Plaintiff(s),<br><br>v.<br><br>STONEPINE HOA PRESIDENT, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00855-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

20

| | |
|---|---|
| ROBERT J. GARLOW,<br><br>    Plaintiff(s),<br><br>v.<br><br>RICHARD M. BRACKEN, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00856-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| CONNIE CARR,<br><br>    Plaintiff(s),<br><br>v.<br><br>BERKLEY SOUTH CONDOMINIUM ASSOCIATION, INC., et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00857-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ROBERT WESLEY HENDERSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>CRAIG M. NASH, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00858-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ROBIN FLYNN,<br><br>    Plaintiff(s),<br><br>v.<br><br>JOHN Z. KUKRAL, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00859-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| RONALD LEE PENDLETON,<br><br>    Plaintiff(s),<br><br>v.<br><br>BIGLARI HOLDINGS, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00860-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

| | |
|---|---|
| MARY LOU MATHIS,<br><br>     Plaintiff(s),<br><br>v.<br><br>PAUL ALLEN, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00861-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| MELINDA DIANE SCOTT,<br><br>     Plaintiff(s),<br><br>v.<br><br>ANNA LINNEY,<br><br>     Defendant(s). | Case No. 2:21-cv-00862-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ROSEMARY RAMIREZ,<br><br>     Plaintiff(s),<br><br>v.<br><br>LA CAZE DEVELOPMENT COMPANY,<br>LLC, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00863-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| CHARY LYNN HELTON,<br><br>     Plaintiff(s),<br><br>v.<br><br>MICHAEL JENSEN-SILVA, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00864-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| MELISSA COFFEY,<br><br>     Plaintiff(s),<br><br>v.<br><br>AVA TOLUCA HILLS APARTMENTS,<br><br>     Defendant(s). | Case No. 2:21-cv-00865-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

22

| | |
|---|---|
| CECIL E. BROWN,<br><br>        Plaintiff(s),<br><br>v.<br><br>BAL HARBOUR CHATEAUX CONDOMINIUM ASSOCIATION, INC., et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00866-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| CONNIE S. YUNA, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>CAPITAL RESORTS OCEAN VIEW VACATION VILLAS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00867-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| MICHAEL C. LUCAS,<br><br>        Plaintiff(s),<br><br>v.<br><br>JEFFERSON COUNTY PUBLIC LIBRARY, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00868-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| NANCY HENDLER,<br><br>        Plaintiff(s),<br><br>v.<br><br>ANDREW ALEXANDER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00869-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| NANCY HENDLER,<br><br>        Plaintiff(s),<br><br>v.<br><br>WAL-MART STORES, INC., et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00870-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

23

| MICHAEL W. PARKS,<br><br>    Plaintiff(s),<br><br>v.<br><br>PATRICK H. HAMILL, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00871-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| MISTIE CORDES RODES,<br><br>    Plaintiff(s),<br><br>v.<br><br>DORIS VOITIER, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00873-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

| NANCY HENDLER,<br><br>    Plaintiff(s),<br><br>v.<br><br>GATOR TOWN INN,<br><br>    Defendant(s). | Case No. 2:21-cv-00872-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

| PATRICIA BRANDON,<br><br>    Plaintiff(s),<br><br>v.<br><br>INTERCONTINENTAL HOTELS GROUP (IHG), et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00874-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

| PATRICIA BRANDON,<br><br>    Plaintiff(s),<br><br>v.<br><br>SASSY HENRY, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00875-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

24

| | |
|---|---|
| MITCHELL E. NIHART SR.,<br><br>        Plaintiff(s),<br><br>v.<br><br>INDIANA BUREAU OF MOTOR VEHICLES, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00876-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| SUSAN BRANDWEIN,<br><br>        Plaintiff(s),<br><br>v.<br><br>MEGAN J. BRENNAN, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00877-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| STEVEN WAYNE SWEDBERG,<br><br>        Plaintiff(s),<br><br>v.<br><br>KEITH E. SMITH, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00878-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| SHELLEY MICHELLE WRIGHT,<br><br>        Plaintiff(s),<br><br>v.<br><br>MARK B. ROSENBERG, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00879-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| MITCHELL J. OELLRICH,<br><br>        Plaintiff(s),<br><br>v.<br><br>SIX FLAGS DISCOVERY KINGDOM,<br><br>        Defendant(s). | Case No. 2:21-cv-00880-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

| | |
|---|---|
| SHELDON L. KRESLER, et al.,<br><br>     Plaintiff(s),<br><br>v.<br><br>POMPANO ATLANTIS CONDOMINIUM ASSOCIATION, INC., et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00881-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| SHARON L. TOWNSEND,<br><br>     Plaintiff(s),<br><br>v.<br><br>BRUCE A. CORDINGLEY, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00882-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| ROSEMARY SALES,<br><br>     Plaintiff(s),<br><br>v.<br><br>BLACKSTONE GROUP, L.P., et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00883-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| MITCHELL J. OELLRICH,<br><br>     Plaintiff(s),<br><br>v.<br><br>SILVER SMOKE AND LIQUOR STORE,<br><br>     Defendant(s). | Case No. 2:21-cv-00884-JAD-NJK<br><br>**Final Judgment in a Civil Case** |
| SCOTT D. CHAFFEE,<br><br>     Plaintiff(s),<br><br>v.<br><br>THE BLACKSTONE GROUP L.P., et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00886-JAD-NJK<br><br>**Final Judgment in a Civil Case** |

| | |
|---|---|
| STEVEN WAYNE SWEDBERG, <br><br> Plaintiff(s), <br><br> v. <br><br> IRWIN MOLASKY, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00887-JAD-NJK <br><br> **Final Judgment in a Civil Case** |
| SIMONE C. DUVEN, <br><br> Plaintiff(s), <br><br> v. <br><br> CRAIG M. NASH, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00888-JAD-NJK <br><br> **Final Judgment in a Civil Case** |
| JAMES MARTIN WOLF, <br><br> Plaintiff(s), <br><br> v. <br><br> RICHARD SOLOMONS, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00895-JAD-NJK <br><br> **Final Judgment in a Civil Case** |

FINAL JUDGMENT IN A CIVIL CASE

This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the Defendant(s) without prejudice. This matter is now closed.



Date: 8/17/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

27